|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | DISTRICT OF NEVADA | |
| ADRIAN TL JOHNSON, | | Case No. 2:20-cv-00150-JAD-EJY |
| Plaintiff, | | |
| v. | | **ORDER** |
| SGT. BERNDT, *et al.*, | | |
| Defendants. | | |

**I.  DISCUSSION**

On February 21, 2020, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within forty-five (45) days from the date of that order. (ECF No. 4 at 2). On March 23, 2020, Plaintiff filed a notice to inform the Court that he was still waiting for his completed financial certificate from the NDOC. (ECF No. 5). The Court will construe Plaintiff's notice to inform the Court as a motion for extension of time. The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before **Friday, May 8, 2020**.

**II.  CONCLUSION**

For the foregoing reasons, IT IS HEREBY ORDERED that the motion for extension of time (ECF No. 5) is granted.

IT IS FURTHER ORDERED that on or before **Friday, May 8, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, including an inmate account statement for the past six months and a properly executed financial certificate, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this Order, dismissal of this action may result.

DATED: March 25, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE