UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN TL JOHNSON,<br><br>Plaintiff<br><br>v.<br><br>SGT. BERNDT, *et al.*,<br><br>Defendants. | Case No.  2:20-cv-00150-JAD-EJY<br><br>**ORDER** |

Pending before the Court is the LVMPD Defendants' Motion to Extend Discovery (ECF No. 45).  No response was filed to this Motion.

Under Local Rule 7-2(d), the Court may treat the failure to oppose a motion as consent by the non-moving party to the granting of that motion.

Accordingly, IT IS HEREBY ORDERED that the LVMPD Defendants' Motion to Extend Discovery (ECF No. 45) is GRANTED.

IT IS FURTHER ORDERED that the new discovery cutoff date shall be April 18, 2022; the new expert disclosure cutoff date shall be February 17, 2022; the new rebuttal expert disclosure date shall be March 21, 2022; the new cutoff dates for filing dispositive motions shall be May 16, 2022; and the new due date for the proposed Joint Pretrial Order ("JPO") shall be June 15, 2022 unless dispositive motions are pending at that time in which case the due date for the proposed JPO shall be advanced to 60 days after an order on such motions is issued by the Court.

Dated this 28th day of December, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE