# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Adrian TL Johnson,

    Plaintiff

v.

Sean Berndt, et al.,

    Defendants

Case No.: 2:20-cv-00150-JAD-EJY

**Order Granting Plaintiff's Motion for Voluntary Dismissal**

[ECF Nos. 66, 75]

    Pro se Plaintiff Adrian Johnson sues Las Vegas Metropolitan Police Department officers for civil-rights violations, claiming that they retaliated against him for filing grievances and civil lawsuits while he was incarcerated at the Clark County Detention Center (CCDC). Despite having actively litigated this case, Johnson now moves to voluntarily dismiss his action without prejudice to his ability to refile it once he's released from the CCDC.[1] The officers have filed a notice that they don't oppose this without-prejudice dismissal, so long as the discovery that they have already conducted can be used in any future restart of this action.[2]

    Good cause appearing, IT IS THEREFORE ORDERED that Johnson's motion for voluntary dismissal **[ECF No. 75] is GRANTED**. **This action is dismissed without prejudice**, each side bearing its own fees and costs, and preserving each side's ability to utilize any discovery obtained in this action for use should Johnson refile this action. The court makes no statement about the timeliness of any claims should they be refiled, and Johnson remains responsible for ensuring their timeliness.

---

[1] ECF No. 75.
[2] ECF No. 76.

IT IS FURTHER ORDERED that Johnson's "Motion to Reconsider Order ECF No. 64, in the Alternative Direct Appeal in Opposition to ECF No. 62" **[ECF No. 66] is DENIED as moot. The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
June 2, 2022